IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DARRELL H. LEE, *as Personal Representative*
*of Harold Lee, Deceased*,

    Plaintiff,

                        CIV 15-0510 SMV/SCY
                        Consolidated with
v.                        CIV 15-0405 KG/KBM

UNITED STATES OF AMERICA,

    Defendant.

ORDER CONSOLIDATING RELATED CASES

    The Court, having granted Plaintiff's Motion to Consolidate (Doc. 15) in case Cause No. CIV 15-0405 KG/KBM, consolidates this action with that earlier filed action.   See (Doc. 24).

All future pleadings shall only be filed in Cause No. CIV 15-0405 KG/KBM.

IT IS SO ORDERED.

                            _____
                            UNITED STATES DISTRICT JUDGE